1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**EASTERN DISTRICT OF CALIFORNIA**

7

8
9

**PIT RIVER TRIBE, a federally recognized Indian tribal government,**

**CASE NO. 2:20-CV-1918 AWI SKO**

10

**Plaintiff**

**ORDER RE: JOINT REQUEST FOR JUDICIAL NOTICE**

11

**v.**

12
13

**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**

**(Doc. 13)**

14

**Defendants**

15

16     The parties have filed a joint request for judicial notice of the record of negotiations (which

17     total 10,013 pages) filed in Chicken Ranch Rancheria v. California, Civ. Case No. 19-0024. Doc.

18     13. They note that both cases arise out of the same tribal-state compact negotiations which were

19     conducted jointly over an approximately five-year period and which involve the same documents.

20     These records of negotiations are identical in the two cases. Judicial notice of those documents

21     would save time and effort, avoiding duplication of effort in compiling and maintaining separate

22     compilations documents.

23     The request for judicial notice is GRANTED.

24

25     IT IS SO ORDERED.

26     Dated:   March 31, 2022     _____

27                                                    SENIOR  DISTRICT  JUDGE

28