UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIT RIVER TRIBE, | No. 2:20-cv-01918-KES-SKO |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | (Doc. 55) |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On April 7, 2025, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 55.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 7, 2025**                    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE